■ In the Matter of the Estate of CARROLL DONNER, Deceased. SQUIRE N. BOZORTH et al., as Coexecutors of CARROLL DONNER, Deceased, Appellants-Respondents; MILLS COLLEGE, Respondent-Appellant, ROBERT ABRAMS, as Attorney-General of the State of New York, Respondent.—Order, Surrogate's Court, New York County (Eve Preminger, S.) entered on March 25, 1991, upon the decision of Lambert, S., unanimously affirmed for the reasons stated by Lambert, S., without costs or disbursements. No opinion. Concur—Milonas, J. P., Ellerin, Ross and Rubin, JJ.